# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS MARQUEZ TAFOLLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:23-cv-01780-JLT-CDB<br><br>Hon. Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR REMAND**<br><br>Complaint Filed:  October 12, 2023<br>Removal Filed:    December 29, 2023 |

**[PROPOSED] ORDER**

Based on the foregoing stipulation between the Parties, and good cause therefore appearing, **IT IS HEREBY ORDERED** that this case be remanded to the Superior Court for the State of California, County of Kern.

IT IS SO ORDERED.

Dated:   **February 7, 2024**

UNITED STATES DISTRICT JUDGE